SEYFARTH SHAW LLP
G. Daniel Newland (SBN 087965) dnewland@seyfarth.com
Jennifer P. Svanfeldt (SBN 233248) jsvanfeldt@seyfarth.com
Sharon Ongerth Rossi (SBN 232725) srossi@seyfarth.com
560 Mission Street, Suite 3100
San Francisco, California 94105
Telephone: (415) 397-2823
Facsimile: (415) 397-8549

Attorneys for Petitioner
C&H SUGAR COMPANY, INC.

UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUGAR WORKERS UNION LOCAL NO. 1,<br><br>        Petitioner,<br><br>    v.<br><br>C&H SUGAR COMPANY, INC.,<br><br>        Respondent. | Case No. C 07-3310 EMC |

**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**

    In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party in the above-captioned civil matter hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

DATED: September 5, 2007

SEYFARTH SHAW LLP

By _____
G. Daniel Newland
Jennifer P. Svanfeldt
Sharon O. Rossi
Attorneys for Defendant
C&H SUGAR COMPANY, INC.

SF1 28300972.1 / 32900-000017

Consent to Proceed Before a United States Magistrate Judge/
Case No. C 07-3310 EMC