UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

SUGAR WORKERS UNION LOCAL
NO. 1
        Plaintiff(s),

v.

C&H SUGAR COMPANY, INC.
        Defendant(s).

Case No. C 07-03310 EMC

ADR CERTIFICATION BY PARTIES
AND COUNSEL

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

(1) Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

(2) Discussed the available dispute resolution options provided by the Court and private entities; and

(3) Considered whether this case might benefit from any of the available dispute resolution options.

Dated: September 12, 2007

Dated: September 12, 2007

[Party]
C&H SUGAR COMPANY, INC.

[Counsel]
SEYFARTH SHAW LLP

Rev. 12/05

American LegalNet, Inc.
www.USCourtForms.com