1   WILL M. YAMADA, ESQ. (SBN 226669)
    KATHLEEN N. MASTAGNI, ESQ. (SBN 244298)
2   **MASTAGNI, HOLDSTEDT, AMICK,**
    **MILLER, JOHNSEN & UHRHAMMER**
3   *A Professional Corporation*
    1912 I Street
4   Sacramento, California 95814
    Telephone: (916) 446-4692
5   Facsimile: (916) 447-4614

6   Attorney for Plaintiff,
    Sugar Workers Union Local No. 1
7
    DANIEL NEWLAND, ESQ. (SBN 087965)
8   JENNIFER SVANFELDT, ESQ. (SBN 233248)
    **SEYFARTH SHAW LLP**
9   560 Mission Street, Suite 310
    San Francisco, California 94105
10  Telephone: (415) 397-2823
    Facsimile: (415) 397-8549
11
    Attorneys for Defendant,
12  C&H Sugar Company, Inc.

13                **UNITED STATES DISTRICT COURT**

14               **NORTHERN DISTRICT OF CALIFORNIA**

15  SUGAR WORKERS UNION LOCAL NO. 1,    )   Case No. 3:07-cv-3310-EMC
                                        )
16              Plaintiff,              )   **STIPULATION AND [PROPOSED]**
                                        )   **ORDER CONTINUING THE CASE**
17      v.                              )   **MANAGEMENT CONFERENCE**
                                        )
18  C & H SUGAR COMPANY,                )
                                        )
19              Defendant.              )
    _____)
20

21          Plaintiff Sugar Workers Union Local No. 1 ("Union") and defendant C & H Sugar

22  Company ("C&H") (Union and C&H as the "Parties"), through their respective counsel,

23  respectfully submit the following stipulation and request:

24          1.      The Parties request that this Court continue the initial Case Management

25  Conference presently scheduled for October 3, 2007 and continue the deadline to submit the

26  Joint Case Management Statement currently due by September 26, 2007. The parties propose

27  the Case Management Conference be continued until November 7, 2007 and the Joint Case

28  Management Statement be due by October 31, 2007. The continuance is requested because the

                                           1
    _____
               Stipulation and [Proposed] Order/Case No. 3:07-cv-3310-EMC

parties recently reached a tentative settlement of this case. Without any admission of liability by either side, the parties have agreed to select an arbitrator for the grievance at issue in this matter. The parties reserve the right to raise all defenses during the arbitration and will leave it to the arbitrator to determine whether bifurcation is warranted and, if so, whether he or she will hear both procedural and substantive issues. Plaintiff has informed Defendant that they will dismiss this case without prejudice once the parties have actually selected an arbitrator for the case. The parties anticipate that this will be completed within the next month.

2.     Good cause exists to grant the continuance because it would save the Parties and the Court resources and time if the Parties can resolve this matter informally.

DATED: September 25, 2007              **MASTAGNI, HOLSTEDT, AMICK,**
                                       **MILLER, JOHNSEN & UHRHAMMER**


                                       By   /s/ Will M. Yamada
                                            WILL M. YAMADA
                                            Attorneys for Petitioner


DATED: September 25, 2007              **SEYFARTH SHAW LLP**


                                       By   /s/ Daniel Newland
                                            DANIEL NEWLAND
                                            Jennifer P. Svanfeldt
                                            Attorneys for Defendant C&H
                                            SUGAR COMPANY, INC.


[PROPOSED] ORDER

The Stipulation and [Proposed] Order Continuing the Case Management Conference and submission of the Joint Case Management Report, Is Hereby Adopted by the Court for the Case and the Parties Are Ordered to Comply with this Order.


Dated: _____       _____
                             HON. EDWARD M. CHEN