WILL M. YAMADA, ESQ. (SBN 226669)
KATHLEEN N. MASTAGNI, ESQ. (SBN 244298)
**MASTAGNI, HOLDSTEDT, AMICK,**
**MILLER, JOHNSEN & UHRHAMMER**
*A Professional Corporation*
1912 I Street
Sacramento, California 95814
Telephone: (916) 446-4692
Facsimile: (916) 447-4614

Attorney for Plaintiff,
Sugar Workers Union Local No. 1

DANIEL NEWLAND, ESQ. (SBN 087965)
JENNIFER SVANFELDT, ESQ. (SBN 233248)
**SEYFARTH SHAW LLP**
560 Mission Street, Suite 310
San Francisco, California 94105
Telephone: (415) 397-2823
Facsimile: (415) 397-8549

Attorneys for Defendant,
C&H Sugar Company, Inc.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUGAR WORKERS UNION LOCAL NO. 1, | Case No. 3:07-cv-3310-EMC |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER CONTINUING THE CASE MANAGEMENT CONFERENCE** |
| v. | |
| C & H SUGAR COMPANY, | |
| Defendant. | |

Plaintiff Sugar Workers Union Local No. 1 ("Union") and defendant C & H Sugar Company ("C&H") (Union and C&H as the "Parties"), through their respective counsel, respectfully submit the following stipulation and request:

1. The Parties request that this Court continue the initial Case Management Conference presently scheduled for October 3, 2007 and continue the deadline to submit the Joint Case Management Statement currently due by September 26, 2007. The parties propose the Case Management Conference be continued until November 7, 2007 and the Joint Case Management Statement be due by October 31, 2007. The continuance is requested because the

1  parties recently reached a tentative settlement of this case. Without any admission of liability by
2  either side, the parties have agreed to select an arbitrator for the grievance at issue in this matter.
3  The parties reserve the right to raise all defenses during the arbitration and will leave it to the
4  arbitrator to determine whether bifurcation is warranted and, if so, whether he or she will hear
5  both procedural and substantive issues. Plaintiff has informed Defendant that they will dismiss
6  this case without prejudice once the parties have actually selected an arbitrator for the case. The
7  parties anticipate that this will be completed within the next month.

    2.   Good cause exists to grant the continuance because it would save the Parties and
the Court resources and time if the Parties can resolve this matter informally.

DATED: September 25, 2007                MASTAGNI, HOLSTEDT, AMICK,
                                         MILLER, JOHNSEN & UHRHAMMER


                                         By   /s/ Will M. Yamada
                                              WILL M. YAMADA
                                              Attorneys for Petitioner


DATED: September 25, 2007                SEYFARTH SHAW LLP


                                         By   /s/ Daniel Newland
                                              DANIEL NEWLAND
                                              Jennifer P. Svanfeldt
                                              Attorneys for Defendant C&H
                                              SUGAR COMPANY, INC.


[PROPOSED] ORDER

The Stipulation and [Proposed] Order Continuing the Case Management Conference and submission of the Joint Case Management Report, Is Hereby Adopted by the Court for the Case and the Parties Are Ordered to Comply with this Order.

Dated: __9/27/07__                       _____
                                         HON. EDWARD M. CHEN

*IT IS SO ORDERED* — Judge Edward M. Chen