SEYFARTH SHAW LLP
G. Daniel Newland (SBN 087965) dnewland@seyfarth.com
Jennifer P. Svanfeldt (SBN 233248) jsvanfeldt@seyfarth.com
Sharon Ongerth Rossi (SBN 232725) srossi@seyfarth.com
560 Mission Street, Suite 3100
San Francisco, California 94105
Telephone: (415) 397-2823
Facsimile: (415) 397-8549

Attorneys for Defendant
C&H SUGAR COMPANY, INC.


MASTAGNI, HOLSTEDT, AMICK,
MILLER, JOHNSEN & UHRHAMMER
Will M. Yamada (SBN 226669)
Kathleen N. Mastagni (SBN 244298)
1912 I Street
Sacramento, CA 95814
Telephone: (916) 446-4692
Facsimile: (916) 447-4614

Attorneys for Plaintiff
SUGAR WORKERS UNION, LOCAL NO. 1

UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUGAR WORKERS UNION LOCAL NO. 1<br><br>Plaintiff,<br>v.<br><br>C&H SUGAR COMPANY, INC<br><br>Defendant. | Case No. C 07-03310 EMC<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE** |

Plaintiff Sugar Workers Union Local No. 1 ("Plaintiff") and Defendant C&H Sugar Company, Inc. ("Defendant") through their respective counsel, respectfully submit the following stipulation and request.

STIPULATION AND [PROPOSED] ORDER CONTINUING THE CASE MANAGEMENT CONFERENCE / Case No. 07-03310

1. The Parties request that this Court continue the Case Management Conference presently scheduled for November 7, 2007 and continue the deadline to submit the Joint Case Management Statement currently due by October 31, 2007. Given that the parties are in the process of selecting an arbitrator to preside over this matter, the parties propose that the Case Management Conference be continued for ninety days and that the Joint Case Management Statement be similarly continued.

2. Good cause exists to grant the continuance because it would save the parties and the Court resources and time if the parties can resolve this matter informally.

DATED: October 30, 2007                    SEYFARTH SHAW LLP

                                           /s/ Jennifer P. Svanfeldt

                                           By_____
                                               G. Daniel Newland
                                               Jennifer P. Svanfeldt
                                               Sharon O. Rossi
                                           Attorneys for Defendant
                                           C&H SUGAR COMPANY, INC.

DATED: October 30, 2007                    MASTAGNI, HOLSTEDT, AMICK,
                                           MILLER, JOHNSEN & UHRHAMMER

                                           /s/ Will M. Yamada

                                           By_____
                                               Will M. Yamada
                                           Attorneys for Plaintiff
                                           SUGAR WORKERS UNION, LOCAL NO. 1

### [PROPOSED] ORDER

The Stipulation and [Proposed] Order Continuing the Case Management Conference and is hereby adopted by the Court. The Joint Case Management Statement is now due on _____.

STIPULATION AND [PROPOSED] ORDER CONTINUING THE CASE MANAGEMENT CONFERENCE / Case No. 07-03310

2

1  The Case Management Conference is now scheduled to take place at ____ (a.m./p.m.) on
2  _____. The parties are ordered to comply with this Order.
3
4  DATED: October ___, 2007

_____
The Honorable Edward M. Chen

STIPULATION AND [PROPOSED] ORDER CONTINUING THE CASE MANAGEMENT
CONFERENCE / Case No. 07-03310
SF1 28306099.1 / 32900-000017                    3