1  WILL M. YAMADA, ESQ. (SBN 226669)
   KATHLEEN N. MASTAGNI, ESQ. (SBN 244298)
2  **MASTAGNI, HOLSTEDT, AMICK,**
   **MILLER, JOHNSEN & UHRHAMMER**
3  *A Professional Corporation*
   1912 I Street
4  Sacramento, California 95814
   Telephone:    (916) 446-4692
5  Facsimile:    (916) 447-4614

6  Attorney for Plaintiff,
7  Sugar Workers Union Local No. 1

8  DANIEL NEWLAND, ESQ. (SBN 087965)
   JENNIFER SVANFELDT, ESQ. (SBN 233248)
9  **SEYFARTH SHAW LLP**
   560 Mission Street, Suite 310
10 San Francisco, California 94105
   Telephone: (415) 397-2823
11 Facsimile: (415) 397-8549

12 Attorneys for Defendant,
   C&H Sugar Company, Inc

13

14                UNITED STATES DISTRICT COURT

15                NORTHERN DISTRICT OF CALIFORNIA

16

| | |
|---|---|
| SUGAR WORKERS UNION LOCAL NO. 1 | Case No. 3:07-cv-3310-EMC |
| Plaintiff, | |
| | **[PROPOSED] STIPULATION AND ORDER TO DISMISS ENTIRE ACTION WITHOUT PREJUDICE** |
| C & H SUGAR COMPANY, INC | |
| Defendant. | |

### **STIPULATION**

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, Plaintiff Sugar Workers Union Local No. 1 ("Plaintiff") and Defendant C & H Sugar Company, Inc., ("Defendant") by their respective counsel, hereby stipulate that this action be dismissed without prejudice and that each party bear its own costs and attorneys' fees.

| | |
|---|---|
| Dated: January \_\_\_\_, 2008 | **MASTAGNI, HOLSTEDT, AMICK, MILLER, JOHNSEN & UHRHAMMER** |

By     /s/ Will M. Yamada
         WILL M. YAMADA
         KATHLEEN N. MASTAGNI
         Attorneys for Plaintiff

Dated: January \_\_\_\_, 2008     **SEYFARTH SHAW LLP**

By:     /s/G. Daniel Newland
         G. DANIEL NEWLAND
         JENNIFER SVANFELDT
         Attorneys for Defendant

## [PROPOSED] ORDER

Based upon the stipulation of the parties and for good cause appearing:

**IT IS SO ORDERED.**

Dated: January\_\_\_\_, 2008     _____
                                                            Hon. Edward M. Chen
                                                            United States District Court for the
                                                            Northern District of California

STIPULATION TO DISMISS

2