1  WILL M. YAMADA, ESQ. (SBN 226669)
   KATHLEEN N. MASTAGNI, ESQ. (SBN 244298)
2  **MASTAGNI, HOLSTEDT, AMICK,**
   **MILLER, JOHNSEN & UHRHAMMER**
3  *A Professional Corporation*
   1912 I Street
4  Sacramento, California 95814
   Telephone:    (916) 446-4692
5  Facsimile:    (916) 447-4614

6  Attorney for Plaintiff,
7  Sugar Workers Union Local No. 1

8  DANIEL NEWLAND, ESQ. (SBN 087965)
   JENNIFER SVANFELDT, ESQ. (SBN 233248)
9  **SEYFARTH SHAW LLP**
   560 Mission Street, Suite 310
10 San Francisco, California 94105
   Telephone: (415) 397-2823
11 Facsimile: (415) 397-8549

12 Attorneys for Defendant,
   C&H Sugar Company, Inc

                    UNITED STATES DISTRICT COURT

                    NORTHERN DISTRICT OF CALIFORNIA

| SUGAR WORKERS UNION LOCAL NO. 1 | Case No. 3:07-cv-3310-EMC |
|---|---|
| Plaintiff, | |
| | **[PROPOSED] STIPULATION AND ORDER TO DISMISS ENTIRE ACTION WITHOUT PREJUDICE** |
| C & H SUGAR COMPANY, INC | |
| Defendant. | |

                              **STIPULATION**

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, Plaintiff Sugar Workers Union Local No. 1 ("Plaintiff") and Defendant C & H Sugar Company, Inc., ("Defendant") by their respective counsel, hereby stipulate that this action be dismissed without prejudice and that each party bear its own costs and attorneys' fees.

Dated: January ____, 2008    **MASTAGNI, HOLSTEDT, AMICK, MILLER, JOHNSEN & UHRHAMMER**

By    /s/ Will M. Yamada
　　　WILL M. YAMADA
　　　KATHLEEN N. MASTAGNI
　　　Attorneys for Plaintiff

Dated: January ____, 2008    **SEYFARTH SHAW LLP**

By:   /s/G. Daniel Newland
　　　G. DANIEL NEWLAND
　　　JENNIFER SVANFELDT
　　　Attorneys for Defendant

### [PROPOSED] ORDER

Based upon the stipulation of the parties and for good cause appearing:

**IT IS SO ORDERED.**

Dated: January 28, 2008

_IT IS SO ORDERED_
Judge Edward M. Chen
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

STIPULATION TO DISMISS

2